UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 25 2008

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RICHARD ERIC CRUTCHFIELD, | * | CIV. 08-4060 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT |
| STATE OF SOUTH DAKOTA;<br>GARY D. BLUE; DAN MORTECHECK;<br>MARY KELLER; JAMES SERENTON;<br>OFFICERS OF THE STATE; | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Court having entered its Order dismissing Plaintiff's Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1).

Dated this 25th day of September, 2008

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: _____, Deputy

(SEAL)